UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:11-CR-17(01) RM |
| ) | |
| REGINALD FLY ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 26, 2011 [Doc. No. 26]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Reginald Fly's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  May 18, 2011 

                                        /s/ Robert L. Miller, Jr.   
                                        Judge  
                                        United States District Court